# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| NATHANIEL THERIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:10-cv-00273-JFG |
| | ) | |
| JOHN T. RATHMAN, WARDEN, FCI TALLADEGA, ET AL., | ) ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

The petitioner has filed this action pursuant to 28 U.S.C. § 2241, alleging that the respondent has denied him consideration for six month placement in a Residential Re-Entry Center (RRC) prior to his release date. (Doc. 1).[1] Pursuant to an order to show cause issued by this court, the respondent has appeared and filed a response, asserting the claim is due to be denied because he has not exhausted his administrative remedies, the petition is without merit, and he has not stated an equal protection claim. (Doc. 7). Upon consideration, the court finds that the petition is now moot.

In their response, which was file on April 19, 2010, the respondents assert that the petitioner was due to be released on September 2, 2010. (Doc. 7 at 5 of 21). The court has also independently determined that the petitioner was released from custody as anticipated on September 2, 1010. Accordingly, the court find that his petition is moot. An appropriate order will be entered.

---

[1] References herein to "Doc. ___" are to the electronic file numbers located at the top of each document in the court's file.

**DONE and ORDERED 10 November 2010.**

_____
**UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.**

.